Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
Kristofer D. Leavitt, Bar No. 13123
kristofer.leavitt@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEDHAT IBRAHIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS; EMPLOYEE(S)/AGENT(S) DOES 1-10 and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. 2:16-cv-01245<br><br>**STIPULATION FOR EXCEPTION FROM ATTENDANCE REQUIREMENT AT EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the insurance representative for Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegs ("The Cosmopolitan") be excused from physically attending the Early Neutral Evaluation ("ENE") session, currently scheduled for July 29, 2016. Should the Court require, The Cosmopolitan's insurance carrier representative can be available by telephone.

The request for exception is based on the fact that although Defendant is insured with AIG, Defendant has a substantial self-insured retention that is approximately $100,000 more than the Plaintiff's estimated damages. As such, any resolution of this matter at the ENE will be funded by The Cosmopolitan. In addition, the representative for AIG is located out of state

JACKSON LEWIS P.C.
LAS VEGAS

and would be required to incur significant time and expense to travel to the ENE when the settlement value of this case is well within the amount of Defendant's self-insured retention. The insurance representative's absence will not adversely affect the ENE, and those present will have the appropriate settlement authority to reach a reasonable resolution at the ENE.

Based on the foregoing, the parties request that The Cosmopolitan's insurance representative be excused from in-person attendance at the ENE, currently scheduled for July 29, 2016, at 10:00 a.m. .

Dated this 14th day of July, 2016.

/s/ Lisa A. McClane
Lisa A. McClane
Kristofer D. Leavitt
Jackson Lewis P.C.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendant*

/s/ Jeffrey Gronich
Jeffrey Gronich
1810 E. Sahara Ave., Suite 109
Las Vegs, NV 89104

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED  7-14 , 2016.

U.S. ~~District~~/Magistrate Judge

JACKSON LEWIS LLP
LAS VEGAS

-2-