Lisa A. McClane, Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Property 1, LLC dba*
*The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEDHAT IBRAHIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS; EMPLOYEE(S)/AGENT(S) DOES 1-10 and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. 2:16-cv-01245<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Medhat Ibrahim and Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated this 14th day of April, 2017.

/s/ Lisa A. McClane
Lisa A. McClane
Kristofer D. Leavitt
Jackson Lewis P.C.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendant*

/s/ Jeffrey Gronich
Jeffrey Gronich
1810 E. Sahara Ave., Suite 109
Las Vegs, NV 89104

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: April 19, 2017

*[signature]*

UNITED STATES DISTRICT JUDGE